[No. 1051-3.   Division Three.   December 19, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD G. DUNPHY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 21400, Del Cary Smith, Jr., J., entered November 8, 1973. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 884-3.   Division Three.   December 19, 1974.]

*In the Matter of the Application for a Writ of Habeas Corpus of* THOMAS M. SMITH, *Appellant*, v. DOLLY M. SMITH, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 202996, George T. Shields, J., entered May 18, 1973. *Affirmed as modified* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 1190-2.   Division Two.   December 20, 1974.]

JOHN D. GREIN, *Respondent*, v. DON MILES *et al., Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 46987, John H. Kirkwood, J., entered July 31, 1973. *Reversed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 856-3.   Division Three.   December 20, 1974.]

WYLENE MORGAN, *Appellant*, v. CY O. MORGAN, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 17563, W. R. Cole, J., entered March 16, 1973. *Affirmed in part and reversed in part* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.